UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JOHN DOE #1, a minor by his parent and natural guardian PARENT #1; JOHN DOE #2, a minor by his parent and natural guardian PARENT #2; JOHN DOE #3, a minor by his parent and natural guardian PARENT #3; JANE DOE #4, a minor by her parent and natural guardian PARENT #4; JANE DOE #5, a minor by her legal guardian GRANDPARENT #5; JANE DOE #6 a minor by her legal guardian GRANDPARENT #5; JOHN DOE #7, a minor by his parent and natural guardian PARENT #7; JANE DOE #8, a minor by her parent and natural guardian PARENT #8; JOHN DOE #9, a minor by his parents and natural guardians PARENT # 9A and PARENT #9B; JANE DOE #10, a minor by her parent and natural guardian PARENT #10; JANE DOE #11, a minor by her parent and natural guardian PARENT #11; JANE DOE #12, a minor by her parent and natural guardian PARENT #12; JOHN DOE #13, a minor by his parent and natural guardian PARENT #13; JANE DOE #14, a minor by her parent and natural guardian PARENT #14; JANE DOE #15, a minor by her parent and natural guardian PARENT #15; JOHN DOE #16, a minor by his parent and natural guardian PARENT #16; JOHN DOE #17, a minor by his parents and natural guardians PARENT #17A and PARENT #17B; JOHN DOE #18, a minor by his parents and natural guardians PARENT #18A and PARENT #18B; JOHN DOE #19, a minor by his parent and natural guardian PARENT #19; JANE DOE #20, a minor by her parent and natural guardian PARENT #20; JOHN DOE #21, a minor by his parent and natural guardian PARENT #21; JOHN DOE #22, a minor by his parent and natural guardian PARENT #22; and JOHN DOE #23, a minor by his parent and natural guardian PARENT #23, on behalf of all persons similarly situated,

                                                        Plaintiffs,

        -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                                                        Defendant.

------------------------------------------------------------------------ x

**JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CLASS CERTIFICATION, CERTIFICATION OF CLASS REPRESENTATIVES, APPROVAL OF SELECTION OF COUNSEL, AND NOTICE TO CLASS MEMBERS**

16-CV-1684 (NGG)(RLM)

PLEASE TAKE NOTICE that, upon the attached Declaration of Jim Walden, dated April 9, 2018, and the exhibit annexed thereto, the Declaration of Marilyn Richter, dated April 9, 2018, and Plaintiffs' Memorandum of Law, Plaintiffs JOHN DOE #1, a minor by his parent and natural guardian PARENT #1; JOHN DOE #2, a minor by his parent and natural guardian PARENT #2; JOHN DOE #3, a minor by his parent and natural guardian PARENT #3; JANE DOE #4, a minor by her parent and natural guardian PARENT #4; JANE DOE #5, a minor by her legal guardian GRANDPARENT #5; JANE DOE #6 a minor by her legal guardian GRANDPARENT #5; JOHN DOE #7, a minor by his parent and natural guardian PARENT #7; JANE DOE #8, a minor by her parent and natural guardian PARENT #8; JOHN DOE #9, a minor by his parents and natural guardians PARENT # 9A and PARENT #9B; JANE DOE #10, a minor by her parent and natural guardian PARENT #10; JANE DOE #11, a minor by her parent and natural guardian PARENT #11; JANE DOE #12, a minor by her parent and natural guardian PARENT #12; JOHN DOE #13, a minor by his parent and natural guardian PARENT #13; JANE DOE #14, a minor by her parent and natural guardian PARENT #14; JANE DOE #15, a minor by her parent and natural guardian PARENT #15; JOHN DOE #16, a minor by his parent and natural guardian PARENT #16; JOHN DOE #17, a minor by his parents and natural guardians PARENT #17A and PARENT #17B; JOHN DOE #18, a minor by his parents and natural guardians PARENT #18A and PARENT #18B; JOHN DOE #19, a minor by his parent and natural guardian PARENT #19; JANE DOE #20, a minor by her parent and natural guardian PARENT #20; JOHN DOE #21, a minor by his parent and natural guardian PARENT #21; JOHN DOE #22, a minor by his parent and natural guardian PARENT #22; and JOHN DOE #23, a minor by his parent and natural guardian PARENT #23 (collectively, "Class Representatives"), and Defendant

New York City Department of Education ("DOE"), hereby jointly move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an Order:

1. Certifying this Action as a class action on behalf of members of the Class pursuant to Rules 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure;

2. Appointing the proposed Class Representatives;

3. Appointing Walden Macht & Haran LLP as counsel for the Class pursuant to Rule 23(g) of the Federal Rules of Civil Procedure;

4. Preliminarily approving the Proposed Stipulation and Order of Settlement as fair, reasonable, adequate, and in the best interests of Class Representatives and the members of the Class, subject to further consideration at a Fairness Hearing;

5. Scheduling a Fairness Hearing at a date and time designated by the Court;

6. Approving the content of the Parties' Notice of Proposed Settlement of Class Action; and

7. Approving the Parties' proposed method of distributing the Notice of Proposed Settlement of Class Action.

A proposed order is attached.

Dated: New York, New York
April 9, 2018

Respectfully submitted,

WALDEN MACHT & HARAN LLP
Attorneys for Plaintiffs
One Battery Park Plaza, 34th Floor
New York, New York 10004
(212) 335-2030
(212) 335-2040 (fax)
jwalden@wmhlaw.com
jlin@wmhlaw.com

By: _____
JIM WALDEN
JOHNSON LIN

ZACHARY W. CARTER
Corporation Counsel of the City of New York
Attorney for DOE
100 Church Street, Room 2-182
New York, New York 10007
(212) 356-2083, 2613
(212) 356-8760 (fax)
mrichter@law.nyc.gov
eschnitt@law.nyc.gov

By: _____
MARILYN RICHTER
EVAN SCHNITTMAN
Assistants Corporation Counsel

4