UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JOHN DOE #1, a minor by his parent and natural guardian PARENT #1; JOHN DOE #2, a minor by his parent and natural guardian PARENT #2; JOHN DOE #3, a minor by his parent and natural guardian PARENT #3; JANE DOE #4, a minor by her parent and natural guardian PARENT #4; JANE DOE #5, a minor by her legal guardian GRANDPARENT #5; JANE DOE #6 a minor by her legal guardian GRANDPARENT #5; JOHN DOE #7, a minor by his parent and natural guardian PARENT #7; JANE DOE #8, a minor by her parent and natural guardian PARENT #8; JOHN DOE #9, a minor by his parents and natural guardians PARENT # 9A and PARENT #9B; JANE DOE #10, a minor by her parent and natural guardian PARENT #10; JANE DOE #11, a minor by her parent and natural guardian PARENT #11; JANE DOE #12, a minor by her parent and natural guardian PARENT #12; JOHN DOE #13, a minor by his parent and natural guardian PARENT #13; JANE DOE #14, a minor by her parent and natural guardian PARENT #14; JANE DOE #15, a minor by her parent and natural guardian PARENT #15; JOHN DOE #16, a minor by his parent and natural guardian PARENT #16; JOHN DOE #17, a minor by his parents and natural guardians PARENT #17A and PARENT #17B; JOHN DOE #18, a minor by his parents and natural guardians PARENT #18A and PARENT #18B; JOHN DOE #19, a minor by his parent and natural guardian PARENT #19; JANE DOE #20, a minor by her parent and natural guardian PARENT #20; JOHN DOE #21, a minor by his parent and natural guardian PARENT #21; JOHN DOE #22, a minor by his parent and natural guardian PARENT #22; and JOHN DOE #23, a minor by his parent and natural guardian PARENT #23, on behalf of all persons similarly situated,

**DECLARATION OF ANNABELLE CHAN**

16-CV-1684 (NGG)(RLM)

           Plaintiffs,

 -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

           Defendant.
------------------------------------------------------------------------ x

    **ANNABELLE CHAN**, declares under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a Deputy Counsel for Defendant the New York City Department of Education (the "DOE"). My responsibilities include: advising senior DOE leadership about legal, regulatory, and risk management issues affecting DOE and managing class action and other high-impact litigation and special projects.

2. I submit this Declaration to demonstrate DOE's compliance with the notice and publication requirements set forth in paragraph "7" of the Order Granting Motion for Preliminary Approval of Settlement, Class Certification, Certification of Class Representatives, Approval of Selection of Counsel, and Notice to Class Members dated May 18, 2018 (dkt. no. 88) (the "Preliminary Approval Order").

3. In accordance with paragraph "7" of the Preliminary Approval Order, on May 25, 2018, I sent by electronic mail to the office/program supervisors of the DOE Suspension Hearing Offices and Family Welcome Centers, the Notice of Proposed Settlement of Class Action, a copy of which is annexed as an Exhibit to the Preliminary Approval Order (dkt. no. 88-1) (the "Settlement Notice"), along with a direction that they must post and maintain the Settlement Notice in English, Arabic, Bengali, Chinese, French, Korean, Russian, Spanish, and Urdu (copies of which were also transmitted in my email) in their offices/locations and make the Settlement Notice accessible to parents and students at their offices/locations.

4. On May 29, 2018, I sent by electronic mail to the office/program supervisors of the DOE Suspension Hearing Offices and Family Welcome Centers a direction that they must maintain the Settlement Notice in Haitian Creole (a copy of which was also transmitted in my email) in their offices/locations and make that version of the Settlement Notice accessible to parents and students at their offices/locations.

5. I received confirmation from the office/program supervisors of the DOE Suspension Hearing Offices and Family Welcome Centers that the Settlement Notice was timely posted by June 1, 2018, within the required ten business days of May 18, 2018, the date of entry of the Preliminary Approval Order. Furthermore these office/program supervisors have been instructed that the Settlement Notice must remain posted until the conclusion of the fairness hearing scheduled for June 26, 2018.

6. Additionally, in accordance with Paragraph "7" of the Preliminary Approval Order, DOE timely posted the Settlement Notice on its website by June 1, 2018, within the required ten business days of May 18, 2018, the date of entry of the Preliminary Approval Order.

7. The Settlement Notice was posted to the following locations on DOE's website:

a) DOE's Respect for All webpage, available at:
http://schools.nyc.gov/RulesPolicies/RespectforAll/StudentResources/default.htm;

b) DOE's Office of Special Investigations webpage, available at:
http://schools.nyc.gov/Offices/GeneralCounsel/Investigative/OSI/default.htm;

c) DOE's Litigation Implementation Unit webpage:
http://schools.nyc.gov/Offices/GeneralCounsel/Legal/Litigation/default.htm.

8. Upon my knowledge, DOE has complied with all relevant portions of the Preliminary Approval Order.

Dated:   New York, New York
         June 12, 2018

_____
ANNABELLE CHAN
Deputy Counsel
New York City Department of Education