UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JOHN DOE #1, a minor by his parent and natural guardian PARENT #1; JOHN DOE #2, a minor by his parent and natural guardian PARENT #2; JOHN DOE #3, a minor by his parent and natural guardian PARENT #3; JANE DOE #4, a minor by her parent and natural guardian PARENT #4; JANE DOE #5, a minor by her legal guardian GRANDPARENT #5; JANE DOE #6 a minor by her legal guardian GRANDPARENT #5; JOHN DOE #7, a minor by his parent and natural guardian PARENT #7; JANE DOE #8, a minor by her parent and natural guardian PARENT #8; JOHN DOE #9, a minor by his parents and natural guardians PARENT # 9A and PARENT #9B; JANE DOE #10, a minor by her parent and natural guardian PARENT #10; JANE DOE #11, a minor by her parent and natural guardian PARENT #11; JANE DOE #12, a minor by her parent and natural guardian PARENT #12; JOHN DOE #13, a minor by his parent and natural guardian PARENT #13; JANE DOE #14, a minor by her parent and natural guardian PARENT #14; JANE DOE #15, a minor by her parent and natural guardian PARENT #15; JOHN DOE #16, a minor by his parent and natural guardian PARENT #16; JOHN DOE #17, a minor by his parents and natural guardians PARENT #17A and PARENT #17B; JOHN DOE #18, a minor by his parents and natural guardians PARENT #18A and PARENT #18B; JOHN DOE #19, a minor by his parent and natural guardian PARENT #19; JANE DOE #20, a minor by her parent and natural guardian PARENT #20; JOHN DOE #21, a minor by his parent and natural guardian PARENT #21; JOHN DOE #22, a minor by his parent and natural guardian PARENT #22; and JOHN DOE #23, a minor by his parent and natural guardian PARENT #23, on behalf of all persons similarly situated,

**NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT**

16-CV-1684 (NGG)(RLM)

           Plaintiffs,

  -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

           Defendant.

------------------------------------------------------------------------ x

PLEASE TAKE NOTICE that, upon the Amended Proposed Stipulation and Order of Settlement, dated May 3, 2018, the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Final Approval, dated July 3, 2018; the accompanying Declaration of Jim Walden, dated July 3, 2018; and all the pleadings and proceedings heretofore had herein, Plaintiffs, by and through its undersigned counsel, respectfully move this Court, pursuant to Federal Rule of Civil Procedure 23, for the entry of the Order of Final Judgment submitted herewith, and for such other and further relief as the Court deems just and equitable.

Dated: New York, New York
July 3, 2018

WALDEN MACHT & HARAN LLP
Attorneys for Plaintiffs
One Battery Park Plaza, 34th Floor
New York, New York 10004
(212) 335-2030
(212) 335-2040 (fax)
jwalden@wmhlaw.com
jlin@wmhlaw.com

By: _____
JIM WALDEN
JOHNSON LIN